IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1742 (RGA) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC. | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AMENDING ORDER

WHEREAS this "Action" (C.A. No. 21-1742) between Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc., originally filed in the Northern District of West Virginia, was transferred to this District by the United States Judicial Panel on Multidistrict Litigation for coordinated or consolidated pretrial proceedings as part of MDL No. 21-md-3017-RGA (No. 21-1742-RGA, D.I. 64; 21-md-3017-RGA, D.I. 1);

WHEREAS the Court issued an Order (D.I. 78) entering the parties' Proposed Order (D.I. 77) requiring the parties to this Action to abide by the Scheduling Order of C.A. No. 21-314-RGA ("the 314 Scheduling Order") apart from paragraphs 14-16;

WHEREAS the parties did not intend by D.I. 77 to incorporate paragraph 1 of the 314 Scheduling Order in so far as it consolidates this Action for trial or requires filing of all documents in Civil Action No. 21-314; and

WHEREAS, for the avoidance of doubt, the parties seek to clarify the scope of D.I. 78;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that D.I. 78 is amended to clarify that this Action has not been consolidated for trial with Civil Action No. 21-314, and that filings related to this Action shall continue to be made in this Action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* |

May 16, 2022

SO ORDERED this  18   day of      May            , 2022.

                                       /s/ Richard G. Andrews
                                UNITED STATES DISTRICT JUDGE