IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) U.S. PATENT NO. 10,828,310 PATENT LITIGATION, | MDL No. 21-3017-RGA |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs,* v. LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., *Defendants.* | Civil Action No. 21-314-RGA-JLH (Consolidated) |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. and Defendants Micro Labs Limited and Micro Labs USA, Inc., and subject to the approval of the Court, that the Court's March 22, 2022 Rule 16 Scheduling Order (D.I. 13 in C.A. No. 22-165-RGA), is hereby amended as follows. All other deadlines remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Micro Labs to Respond and Object to First Set of Requests for Production and First Set of Joint Interrogatories (Nos. 1-7) | June 6, 2022 | July 6, 2022 |
| Paragraph 4(b) – Core technical documents production | June 13, 2022 | July 13, 2022 |
| Paragraph 4(c) – Initial claim chart relating each accused product to the claims | June 27, 2022 | July 27, 2022 |
| Paragraph 4(d) – Invalidity contention | July 12, 2022 | August 11, 2022 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange list of claim terms and proposed constructions | June 10, 2022 | July 11, 2022 |
| Joint Claim Construction Chart | June 24, 2022 | July 25, 2022 |

Dated: June 2, 2022

  /s/ Derek J. Fahnestock  
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs*
*Bayer Pharma AG, Bayer AG and*
*Janssen Pharmaceuticals, Inc.*

  /s/ Kenneth L. Dorsney  
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Micro Labs Limited and*
*Micro Labs USA, Inc.*

**SO ORDERED** this \_\_\_\_ day of June, 2022.

_____
United States District Court Judge