IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) U.S. PATENT NO. 10,828,310 PATENT LITIGATION, | MDL No. 21-3017-RGA |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs,* v. LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., *et al.,* *Defendants.* | Civil Action No. 21-314-RGA-JLH (Consolidated) |

## STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. and Defendants Micro Labs Limited and Micro Labs USA, Inc., and subject to the approval of the Court, that the Court's March 22, 2022 Rule 16 Scheduling Order (D.I. 13 in C. A. No. 22-165; D.I. 28 in C.A. No. 21-3017) and Stipulations to Amend Scheduling Order (D.I. 40, 46, and 53 in C.A. No. 21-md-3017 and D.I. 66, 70, and 77 in C.A. No. 21-314) are hereby amended as follows. All other deadlines remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Micro Labs to Respond and Object to First Set of Requests for Production and First Set of Joint Interrogatories (Nos. 1-7) | July 6, 2022 | August 5, 2022 |
| Paragraph 4(b) – Core technical documents production | July 13, 2022 | August 12, 2022 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange list of claim terms and proposed constructions | July 11, 2022 | August 10, 2022 |
| Plaintiffs shall serve, but not file, their opening brief | July 15, 2022 | September 14, 2022 |
| Defendants shall serve, but not file, their answering claim construction brief | June 24, 2022 | October 5, 2022 |
| Joint letter regarding testimony and duration of hearing | June 24, 2022 | October 5, 2022 |
| Plaintiffs shall serve, but not file, their reply claim construction brief | July 15, 2022 | October 26, 2022 |

Dated: June 24, 2022

   /s/ Derek J. Fahnestock                    /s/ Cortlan S. Hitch      
Jack B. Blumenfeld (#1014)                         Kenneth L. Dorsney (#3726)
Rodger D. Smith II (#3778)                         Cortlan S. Hitch (#6720)
Derek J. Fahnestock (#4705)                        MORRIS JAMES LLP
MORRIS, NICHOLS, ARSHT & TUNNELL LLP               500 Delaware Ave., Ste. 1500
1201 North Market Street                           Wilmington, DE 19801
Wilmington, DE 19801                               (302) 888-6800
(302) 658-9200                                     kdorsney@morrisjames.com
jblumenfeld@morrisnichols.com                      chitch@morrisjames.com
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com                      *Attorneys for Defendants*
                                                   *Micro Labs Limited and*
*Attorneys for Plaintiffs*                         *Micro Labs USA, Inc.*
*Bayer Pharma AG, Bayer AG and*
*Janssen Pharmaceuticals, Inc.*

**SO ORDERED** this  27th  day of June, 2022.

                                                                      /s/ Richard G. Andrews      
                                                                     United States District Court Judge