IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| LUPIN LIMITED, et al. ) ) ) | |
| Defendants. ) ) | |

**STIPULATION AND ORDER REGARDING INFRINGEMENT**

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") and Defendants Lupin Limited and Lupin Pharmaceutical, Inc. (collectively "Lupin") hereby STIPULATE, and request that the Court ORDER, as follows:

1. The use of the 2.5 mg rivaroxaban tablet product that is the subject of Lupin's ANDA No. 208555 (including any amendments or supplements thereto) ("Lupin's ANDA Product") in accordance with its labeling infringes each of claims 1-4 of U.S. Patent No. 10,828,310 ("the '310 patent"), provided that the claim at issue is not proven invalid or unenforceable.

2. Lupin will induce infringement of each of claims 1-4 of the '310 patent, provided the claim at issue is not proven invalid or unenforceable, through the sale of Lupin's ANDA Product.

       3.      Lupin's submission of ANDA No. 208555 with a Paragraph IV certification to the '310 patent was a technical act of infringement pursuant to 35 U.S.C. § 271(e)(2) of each of claims 1-4 of the '310 patent, provided that the claim at issue is not proven invalid or unenforceable.

       4.      As a result of the stipulations of infringement set forth herein, Plaintiffs agree that they will not take any fact witness depositions of any current Lupin employees, officers, or directors in this action, unless Lupin or its experts relies or intends to rely on such witness testimony.  Plaintiffs further agree that Lupin does not need to produce further documents as part of fact discovery in this action except for its submissions to FDA related to ANDA No. 208555 and correspondence with FDA related to ANDA No. 208555.  The aforementioned restrictions on discovery shall not apply in the event of a claim for damages by Plaintiffs against Lupin.

       The parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters of infringement as stipulated herein.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Derek J. Fahnestock* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Pharma AG,*<br>*Bayer AG and Janssen Pharmaceuticals, Inc.* | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* |

SO ORDERED this  19  day of    October   , 2022.

                                                           /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE