IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | C.A. No. 21-md-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED, et al., <br><br>Defendants. | C.A. No. 21-314 (RGA)(JLH) <br><br>(CONSOLIDATED) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br>Defendants. | C.A. No. 21-1742 (RGA) <br><br>(CONSOLIDATED) |

**DEFENDANTS' NOTICE OF DEPOSITION OF NANCY COOK BRUNS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Mylan Pharmaceuticals Inc., Mylan Inc., Teva Pharmaceuticals USA, Inc., Lupin Limited, Lupin Pharmaceuticals, Inc., Taro Pharmaceutical Industries Ltd., Taro Pharmaceuticals U.S.A., Inc., Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc. (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Nancy Cook Bruns at a date and time mutually agreed upon by the parties and

continuing from day to day thereafter until completed. The deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by stenographic, sound, video, audiovisual, and/or any other appropriate means. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

Dated: November 2, 2022

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Wendy L. Devine<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Tel: 415.947.2000<br><br>Elham Firouzi Steiner<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>12235 El Camino Real<br>San Diego, CA 92130<br>Tel: 858.350.2300<br><br>Ty W. Callahan<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>633 W. 5th Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2900 | /s/ Bindu A. Palapura<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: 302.984.6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* |

OF COUNSEL:

J.C. Rozendaal
Chandrika Vira
Brady Gleason
**STERNE, KESSLER, GOLDSTEIN
  & FOX, P.L.L.C.**
1100 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-2600

**SHAW KELLER LLP**

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*


OF COUNSEL:

**PHILLIPS, MCLAUGHLIN & HALL, P.A.**

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*


OF COUNSEL:

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

OF COUNSEL:                                    **SMITH, KATZENSTEIN & JENKINS LLP**

                                               /s/ Eve H. Ormerod
                                               Neal C. Belgam (No. 2721)
                                               Eve H. Ormerod (No. 5369)
                                               1000 West Street, Suite 1501
                                               Wilmington, DE 19801
                                               (302) 652-8400
                                               nbelgam@skjlaw.com
                                               eormerod@skjlaw.com

                                               *Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*