UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 3017 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On December 10, 2021, the Panel transferred 1 civil action(s) to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 577 F.Supp.3d 1377 (J.P.M.L. 2021). Since that time, 1 additional action(s) have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Richard G. Andrews.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Andrews.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of December 10, 2021, and, with the consent of that court, assigned to the Honorable Richard G. Andrews.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 14, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED: NOV 1 4 2022
AS A TRUE COPY NOV 1 4 2022
ATTEST:
JOHN A. CERINO, CLERK
BY _____
Deputy Clerk

| | | | |
|---|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | | | MDL No. 3017 |

## SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW JERSEY | | | |
| NJ | 2 | 22-05485 | BAYER INTELLECTUAL PROPERTY GMBH et al v. USV PRIVATE LIMITED |