IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) MDL NO. 21-MD-3017 (RGA) ) ) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED, et al. <br><br>Defendants. | ) ) ) ) ) ) ) ) C.A. No. 21-314 (RGA) (JLH) ) (Consolidated) ) ) ) ) |

**STIPULATION AND ORDER REGARDING INFRINGEMENT**

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively "DRL") hereby STIPULATE, and request that the Court ORDER, as follows:

1. The use of the 2.5 mg rivaroxaban tablet product that is the subject of DRL's ANDA No. 208534 (including any amendments or supplements thereto) ("DRL's ANDA Product") in accordance with its labeling infringes each of claims 1-4 of U.S. Patent No. 10,828,310 ("the '310 patent"), but only if the claim is asserted at trial and is not proven invalid or unenforceable.

2. DRL will induce infringement of each of claims 1-4 of the '310 patent, but only if the claim is asserted at trial and is not proven invalid or unenforceable, through the sale of DRL's ANDA Product.

3. DRL's submission of ANDA No. 208534 with a Paragraph IV certification to the '310 patent was a technical act of infringement pursuant to 35 U.S.C. § 271(e)(2) of each of claims 1-4 of the '310 patent, but only if the claim is asserted at trial and is not proven invalid or unenforceable.

4. As a result of the stipulations of infringement set forth herein, Plaintiffs agree that they will not take any fact witness depositions of any DRL employees, officers, or directors in this action, unless DRL or its experts rely or intend to rely on such witness testimony, and withdraw the Notices of Deposition previously filed and served in this action as they relate to DRL. Plaintiffs further agree that DRL does not need to produce further documents as part of fact discovery in this action except for its submissions to FDA related to ANDA No. 208534 and correspondence with FDA related to ANDA No. 208534. The aforementioned restrictions on discovery shall not apply in the event of a claim for damages by Plaintiffs against DRL.

5. If Plaintiffs remove the recommended doses of aspirin from the Xarelto prescribing information and replace them with a new dose(s) of aspirin, and the replacement dose(s) of aspirin does not fall within or overlap with 75-100 mg, then this stipulation will not preclude DRL from contesting infringement of any of claims 1-4 on the basis of the changed aspirin dosing information. If Plaintiffs remove the recommended doses of aspirin from the Xarelto prescribing information and replace them with a new dose(s) of aspirin, and the replacement dose(s) of aspirin falls within or overlaps with 75-100 mg, then this stipulation will not preclude DRL from contesting infringement of any of claims 2-4 for which the amount of aspirin recited in that claim is not encompassed by the new aspirin dose(s) on the basis of the changed aspirin information.

The parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters of infringement as stipulated herein.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Derek J. Fahnestock* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014) | Neal C. Belgam (#2721) |
| Rodger D. Smith (#3778) | Eve H. Ormerod (#5369) |
| Derek J. Fahnestock (#4705) | 1000 West Street, Suite 1501 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 652-8400 |
| Wilmington, DE 19899 | nbelgam@skjlaw.com |
| (302) 658-9200 | eormerod@skjlaw.com |
| jblumenfeld@morrisnichols.com | |
| rsmith@morrisnichols.com | *Attorneys for Defendants Dr. Reddy's* |
| dfahnestock@morrisnichols.com | *Laboratories, Inc. and Dr. Reddy's* |
| | *Laboratories, Ltd.* |
| *Attorneys for Plaintiffs Bayer Pharma AG,* | |
| *Bayer AG and Janssen Pharmaceuticals, Inc.* | |

November 16, 2022

SO ORDERED this  16   day of   November  , 2022.

          /s/ Richard G. Andrews
          UNITED STATES DISTRICT JUDGE