

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0713
edibenedetto@shawkeller.com

January 3, 2023

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *In re: Xarelto (Rivaroxaban) ('310) Patent Litigation,* C.A. No. 21-md-3017-RGA
      *Bayer Pharma AG, et al. v. Lupin Limited, et al.,* C.A. No. 21-314-RGA-JLH (consolidated)
      *Bayer Pharma AG, et al. v. Mylan Pharmaceuticals Inc., et al.,* C.A. No. 21-1742-RGA

Dear Judge Andrews:

Pursuant to D. Del. L. R. 7.1.4, Teva Pharmaceuticals USA, Inc. respectfully requests oral argument on Defendants' Motion for Extension of Time to extend the remaining case schedule found at D.I. 125 (C.A. No. 21-md-3017).

Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 125, 133, and 134 (C.A. No. 21-md-3017). The reply brief was filed on December 27, 2022.

        Very truly yours,

        */s/ Emily S. DiBenedetto*

        Emily S. DiBenedetto (No. 6779)

cc:   Clerk of the Court (by CM/ECF)
      All counsel of record (by CM/ECF and email)