# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) U.S PATENT NO. 10,828,310 PATENT LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | MDL No. 21-3017-RGA |
| Plaintiffs, | |
| v. | C.A. No. 21-1742-RGA (Consolidated) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | |
| Defendants. | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Mylan Pharmaceuticals Inc. is wholly owned by Mylan Inc.;

2. Mylan Inc. is an indirect, wholly owned subsidiary of Viatris Inc., a publicly held company; and

3. No publicly-held company owns 10% or more of Viatris Inc.'s stock.

OF COUNSEL:

Wendy L. Devine
WILSON SONSINI GOODRICH AND ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000

Elham F. Steiner
WILSON SONSINI GOODRICH AND ROSATI
12235 El Camino Real
San Diego, CA 92130
Tel: (858) 350-2246

Ty W. Callahan
WILSON SONSINI GOODRICH AND ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Tel: (323) 210-2934

Dated: February 1, 2023
10572484 / 12651.00057

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*