IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 23-335 (RGA) |
| SCIEGEN PHARMACEUTICALS, INC. | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant ScieGen Pharmaceuticals, Inc. ("ScieGen"), hereby stipulate and agree that Plaintiffs' action against ScieGen and ScieGen's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against ScieGen and all claims and defenses asserted by ScieGen against Plaintiffs, are hereby dismissed with prejudice.  All parties shall bear their own costs, disbursements and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ROGOWSKI LAW LLC |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *Patricia Smink Rogowski* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com | Patricia Smink Rogowski (#2632)<br>501 Silverside Road, Suite 11<br>Wilmington, DE 19809<br>(302) 893-0048<br>pat@rogowskilaw.com<br><br>*Attorneys for Defendant ScieGen Pharmaceuticals, Inc.* |

*Attorneys for Plaintiffs Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.*

May 3, 2023

        SO ORDERED this \_\_\_\_ day of May, 2023.

_____
United States District Court Judge