# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) MDL NO. 21-MD-3017 (RGA) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD. and CIPLA USA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 23-cv-01196 (RGA) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER
## JOINING INVAGEN PHARMACEUTICALS, INC.

WHEREAS, on October 20, 2023, Plaintiffs filed the Complaint for Patent Infringement in the above-captioned action ("Complaint," D.I. 1); and

WHEREAS, Cipla Ltd. and Cipla USA Inc. sought to add Invagen Pharmaceuticals, Inc. ("Invagen") (a wholly-owned subsidiary of Cipla Ltd.) as a defendant in the above-captioned litigation, and plaintiffs have agreed;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court that:

1. Pursuant to Federal Rule of Civil Procedure 20, Invagen is joined as a defendant in this action.

2. The case caption shall be amended as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) MDL NO. 21-MD-3017 (RGA) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 23-cv-01196 (RGA) |
| CIPLA LTD., CIPLA USA INC., and INVAGEN PHARMACEUTICALS, INC., | ) ) ) |
| Defendants. | ) |

3. Any 30-month stay of FDA regulatory approval of ANDA No. 218768 applicable to Cipla Ltd. and/or Cipla USA Inc. also applies to Invagen.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.*

ABRAMS & BAYLISS LLP

/s/ April M. Ferraro
John M. Seaman (#3868)
April M. Ferraro (#6152)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

*Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.*

November 18, 2023

3

SO ORDERED this  21  day of   November  , 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE