IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) MDL NO. 21-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-690 (RGA) ) |
| INDOCO REMEDIES LIMITED and FPP HOLDING COMPANY LLC, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Indoco Remedies Limited and FPP Holding Company LLC (collectively, "Indoco"), hereby stipulate and agree that Plaintiffs' action against Indoco and Indoco's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Indoco and all claims and defenses asserted by Indoco against Plaintiffs, are hereby dismissed with prejudice.  All parties shall bear their own costs, disbursements and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

---

Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs*

February 27, 2024

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Kevin M. Capuzzi*

---

Kevin M. Capuzzi (#5462)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
kcapuzzi@benesch.com

*Attorneys for Defendants*

SO ORDERED this  27  day of   February   2024.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE