# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al. <br><br> Defendants. | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC. <br><br> Defendants. | C.A. No. 21-1742 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD. <br><br> Defendants. | C.A. No. 23-410 (RGA) |

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC.<br><br>      Plaintiffs,<br><br>    v.<br><br>AUSON PHARMACEUTICALS INC. and AUSON PHARMACEUTICALS CO., LTD.<br><br>      Defendants. | C.A. No. 23-1103 (RGA) |

## JOINT STATUS REPORT REGARDING STAY

Pursuant to the Stipulation and Order Regarding Stay, entered by the Court on September 8, 2023 (D.I. 153), the Parties provide the following joint status report:

1. Bayer Pharma AG ("Bayer") timely filed a Notice of Appeal of IPR2022-00517[1] in the United States Court of Appeals for the Federal Circuit on September 22, 2023, and the appeal has been assigned Case No. 23-2434.

2. Bayer filed its Opening Brief in Case No. 23-2434 on January 22, 2024.

3. Pursuant to a 30-day extension of time, the Opposition Brief of Appellees is due on April 3, 2024.

4. Plaintiffs filed a second action (Case No. 24-138) against Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), with respect to the same patent (10,828,310) on February 2, 2024. Plaintiffs and Lupin expect to file a stipulation requesting to consolidate that case with Case No. 21-314 and stay the action.

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding. All references to IPR2022-00517 herein are understood to include any and all of the joined proceedings.

Dated: March 8, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Derek J. Fahnestock* | */s/ Neal C. Belgam* |
| Jack B. Blumenfeld (#1014) <br> Rodger D. Smith (#3778) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com <br><br> *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | Neal C. Belgam (#2721) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br><br> *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Megan C. Haney* | */s/ Robert M. Vrana* |
| John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806-4204 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | Anne Shea Gaza (#4093) <br> Robert M. Vrana (#5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

| | |
|---|---|
| SHAW KELLER LLP | MORRIS JAMES LLP |
| */s/ Karen E. Keller* | */s/ Kenneth L. Dorsney* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 1901<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | |
| POTTER ANDERSON & CORROON LLP | ABRAMS & BAYLISS LLP |
| */s/ David E. Moore* | */s/ John M. Seaman* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | John M. Seaman (#3868)<br>April M. Ferraro (#6152)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com |
| *Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | *Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.* |

Fox Rothschild LLP

*/s/ Kasey H. DeSantis*

_____
Kasey H. DeSantis (#5882)
919 North Market Street, Suite 300
Wilmington, DE 19801
Phone: (302) 622-4205
kdesantis@foxrothschild.com

*Attorney for Defendants Auson Pharmaceuticals Inc. and Auson Pharmaceuticals Co., Ltd.*