IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL No. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-138 (RGA) |
| v. | ) ) | |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| v. | ) ) | |
| LUPIN LIMITED, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND ORDER REGARDING CONSOLIDATION AND SCHEDULE**

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") filed C.A. No. 24-138-RGA against Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") in connection with Lupin's submission and amendment of an Abbreviated New Drug Application ("ANDA") to the U.S. Food and Drug Administration seeking approval for generic versions of Plaintiffs' 2.5 mg Xarelto® product prior to the expiration of U.S. Patent No. 10,828,310 ("the '310 patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending final resolution of any appeal in *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB), *see Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.); and

WHEREAS, the parties wish to streamline discovery and conserve their and the Court's resources;

NOW, THEREFORE, Plaintiffs and Lupin hereby STIPULATE, and request that the Court ORDER, as follows:

1. C.A. No. 24-138-RGA shall be consolidated with C.A. No. 21-314-RGA-LDH (consolidated) for all purposes, including for trial. All papers shall be filed in C.A. No. 21-314-RGA-LDH (consolidated).

2. The Scheduling Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 22), as modified by stipulation and Court Order, shall govern C.A. No. 24-138-RGA.

3. Lupin shall adopt for purposes of C.A. No. 24-138-RGA all discovery requests served by Lupin or jointly by the defendants in C.A. No. 21-314-RGA-LDH;

4. Plaintiffs shall adopt for purposes of C.A. No. 24-138-RGA all discovery requests served by Plaintiffs to Lupin or jointly to Defendants in C.A. No. 21-314-RGA-LDH;

5. All documents produced by Plaintiffs or by Lupin in the consolidated case shall be deemed produced in C.A. No. 24-138-RGA;

6. Plaintiffs will deem served upon Lupin all of Plaintiffs' discovery responses and all parties' court filings in C.A. No. 21-314-RGA-LDH, to the extent such materials are already available to Lupin in the consolidated case;

7. Lupin will deem served upon Plaintiffs all of Lupin's discovery responses and all parties' court filings in C.A. No. 21-314-RGA-LDH, to the extent such materials are already available to Plaintiffs in the consolidated case;

8. Lupin shall adopt in C.A. No. 24-138-RGA the invalidity contentions made by Lupin in C.A. No. 21-314-RGA-LDH (consolidated) under Paragraph 4(d) of the Default Standard, and the identification of references and combinations of references made by Lupin in C.A. No. 21-314-RGA-LDH (consolidated) under paragraph 4(g)(iii) of the Scheduling Order and Paragraph 4(d) of the Default Standard;

9. Plaintiffs shall adopt in C.A. No. 24-138-RGA the initial identification of asserted patents and accused products and methods under Paragraph 4(a) of the Default Standard and the initial claim charts for Lupin's ANDA Product under Paragraph 4(c) of the Default Standard in C.A. No. 21-314-RGA-LDH (consolidated);

10. The Stipulation and Order regarding claim construction in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 72, 73) shall apply.

11. The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 36, 37) shall apply.

12. The Stipulation and Order regarding infringement in C.A. No. 21-314-RGA-JDH (consolidated) (D.I. 123, 124) shall apply.

3

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com |
| *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |

SO ORDERED this  2  day of     April    , 2024.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE