IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) '310 PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. AUSON PHARMACEUTICALS INC. and SHANGHAI AUSON PHARMACEUTICALS CO., LTD., Defendants. | C.A. No. 23-1103 (RGA) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 8 of the Court's February 12, 2024 Scheduling Order and further pursuant to the Court's June 21, 2024 Order to Extend Claim Construction Deadlines, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Auson Pharmaceuticals Inc. and Shanghai Auson Pharmaceuticals Co., Ltd. (collectively, "Auson") respectfully file this Joint Claim Construction Chart identifying the parties' proposed claim construction positions with respect to certain terms in the asserted claims of U.S. Patent No. 9,539,218 ("the '218 patent") (Chart 1), as well as

citations to the intrinsic evidence in support of their respective positions.[1]  The parties reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by other parties during the claim construction briefing. The parties also reserve the right to rely on extrinsic evidence.

Copies of the intrinsic evidence relied upon by the parties are attached, as follows:

| **Exhibit No.** | **Document Description** |
|---|---|
| A | U.S. Patent No. 9,539,218 |
| B | Excerpts from the File History of U.S. Patent No. 9,539,218 |

---

[1]  The case has been stayed with respect to United States Patent No. 10,828,310 ("the '310 patent") pending resolution of IPR2022-00517 by the United States Court of Appeals for the Federal Circuit, *see, e.g.*, *In re: Xarelto (Rivaroxaban) ('310) Patent Litigation*, MDL No. 21-md-3017 (RGA) (D. Del.), D.I. 187, 192, 205.  As such, the construction of claim terms in the '310 patent is not addressed herein.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FOX ROTHSCHILD LLP |
| */s/ Derek J. Fahnestock* | */s/ Kasey H. DeSantis* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com | Kasey H. DeSantis (No. 5882)<br>1201 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Phone: (302) 622-4205<br>kdesantis@foxrothschild.com |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* | Howard S. Suh<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, NY 10178<br>Phone: (212) 878-7900<br>hsuh@foxrothschild.com |
| OF COUNSEL:<br>Bruce R. Genderson<br>Dov P. Grossman<br>Alexander S. Zolan<br>Seth R. Bowers<br>Ben Picozzi<br>Richard Hildreth III<br>Dana B. Kinel<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>(202) 434-5000 | Paul W. Kalish<br>Gerard P. Norton<br>Jin Zhu<br>Jonathan R. Lagarenne<br>Jonathan J. Madara<br>FOX ROTHSCHILD LLP<br>997 Lenox Drive<br>Lawrenceville, New Jersey 08648<br>Tel.: (609) 896-3600<br>Fax: (609) 896-1469<br>pkalish@foxrothschild.com<br>gnorton@foxrothschild.com<br>jzhu@foxrothschild.com<br>jlagarenne@foxrothschild.com<br>jmadara@foxrothschild.com |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH and Bayer AG* | *Attorneys for Defendants Auson Pharmaceuticals Inc. and Shanghai Auson Pharmaceuticals Co., Ltd.* |
| Thomas D. Rein<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000 | |

Andrew T. Langford
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
(214) 981-3300

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

July 3, 2024