## CHART 1

| Claim Term/Phrase | Proposed Construction Agreed to By Plaintiffs and Defendants |
|---|---|
| **Claim 1** "treating a thromboembolic disorder" | "treating" encompasses both therapeutic and/or prophylactic treatment |
| **Claim 1** "rapid-release tablet" | "a tablet which, according to the USP release method using apparatus 2 (paddle), has a Q value (30 minutes) of 75%"<br><br>"A Q value (30 minutes) of 75%" in the construed claim phrase covers tablets that release 75% or more of the active ingredient within 30 minutes. |

| Claim Term/Phrase | Plaintiffs' Proposed Construction, Supporting Intrinsic Evidence, and Explanation[1] | Defendants' Proposed Construction, Supporting Intrinsic Evidence, and Explanation |
|---|---|---|
| **Claim 1** "A method of treating a thromboembolic disorder comprising **administering** a direct factor Xa inhibitor that is 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3- | "delivering the tablet into a patient in need thereof"<br><br>Ex. A ['218 patent] at Abstract, 1:4-10, 1:65-67, 2:12-18, 2:35-37, 2:64-3:24, 3:58-4:19, 8:13-19, 8:37-43, 8:53-58, 9:1-9, 10:18-23, 10:57-61, Claims 1–4. | Plain meaning, as informed by the intrinsic record, which is: "actually delivering the tablet into a patient in need thereof"<br><br>Ex. A ['218 patent] at 4:3-19, 8:13-30, 9:1-9.<br><br>Ex. B ['218 patent file history] at BAYX218-0006396 – BAYX218-0006416, BAYX218- |

---

[1] Each party reserves the right to rely on portions of the intrinsic record identified by the opposing parties.

| | | |
|---|---|---|
| oxazolidin-5-yl}methyl)-2-thiophenecarboxamide<br><br>no more than once daily for at least five consecutive days<br><br>in a rapid-release **tablet to a patient** in need thereof,<br><br>wherein the thromboembolic disorder is selected from the group consisting of pulmonary embolisms, deep vein thromboses, and stroke." | Ex. B ['218 patent file history] at BAYX218-0006932 – BAYX218-0006947, BAYX218-0007418 – BAYX218-0007489, BAYX218-0007960 – BAYX218-0008005.<br><br>**Plaintiffs' position:** Plaintiffs understand that Auson contends it is not liable for infringement because it allegedly does not induce direct oral administration of Auson's NDA Products. Construction of this term is therefore relevant to Auson's liability for infringement. | 0006510 – BAYX218-0006519, BAYX218-0007265 – BAYX218-0007277<br><br>**Defendants' position:** Auson contends that adopting its proposed construction will result in a finding of non-infringement of the asserted claims because its proposed label of the accused tablets does not instruct that the tablets are actually delivered to the patient and therefore Auson's label does not induce the infringement of the asserted claims and Auson does not directly infringe the asserted claims. |