IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) '310 PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AUSON PHARMACEUTICALS INC. and SHANGHAI AUSON PHARMACEUTICALS CO., LTD.,<br><br>Defendants. | C.A. No. 23-1103 (RGA)<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: September 5, 2024<br>Redacted filing date: September 19, 2024 |

**PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that commencing on a date mutually agreeable to the parties, at the offices of Williams & Connolly LLP, 680 Maine Avenue, S.W., Washington, DC 20024, or at such time and place that is agreed upon by the parties, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs"), through their attorneys, will take the deposition of Auson Pharmaceuticals Inc. and Shanghai Auson Pharmaceuticals Co., Ltd. (collectively, "Auson"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

With reasonable notice in advance of the deposition, Auson shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Auson as to all information known or reasonably available to Auson regarding the subject matter set forth in Attachment A.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| Bruce R. Genderson | Derek J. Fahnestock (#4705) |
| Dov P. Grossman | 1201 North Market Street |
| Alexander S. Zolan | P.O. Box 1347 |
| Seth R. Bowers | Wilmington, DE 19899 |
| Richard Hildreth III | (302) 658-9200 |
| Dana B. Kinel | jblumenfeld@mnat.com |
| WILLIAMS & CONNOLLY LLP | rsmith@mnat.com |
| 680 Maine Ave SW | dfahnestock@mnat.com |
| Washington, DC  20024 |  |
| (202) 434-5000 | *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* |

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Bayer AG*

Thomas D. Rein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Andrew T. Langford
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, TX  75201
(214) 981-3300

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

September 5, 2024

2

**ATTACHMENT A**

**INSTRUCTIONS AND DEFINITIONS**

1.  As used herein, the terms "you," "your," "yours," and "Auson" mean jointly and severally defendants Auson Pharmaceuticals Inc. and Shanghai Auson Pharmaceuticals Co., Ltd. ("Auson"), and each of their officers, directors, employees, divisions, parent companies, subsidiaries, affiliates, and predecessors or successors-in-interest, any joint venture to which either entity may be a party, consultants, agents, and accountants, including any person who served in any such capacity at any time.

2.  As used herein, the term "including" means "including but not limited to" or "including without limitation."

3.  As used herein, the terms "and" as well as "or" shall be construed either disjunctively or conjunctively, and references shall be construed either as singular or plural, as necessary to bring within the scope of these topics any information that might otherwise be construed to be outside their scope.

4.  As used herein, the term "all" means all or any, and the term "any" means all or any.

5.  As used herein, the term "communication" means any transmission of information from one person to another, including, without limitation, by personal meeting, telephone, facsimile, electronic transmission, including electronic mail, and teleconference.

6.  As used herein, "Auson's NDA Products" shall be construed to include any product that is the subject of New Drug Application ("NDA") No. 217062, as well as the active pharmaceutical ingredient drug substance(s) identified therein and the proposed labeling

(including the prescribing information and patient package insert) for such product, including but not limited to any generic equivalent of Xarelto®.

7. As used herein, the term "rivaroxaban" means the compound of the formula:

[chemical structure diagram of rivaroxaban]

(also known as, *inter alia*, 5-Chloro-N-[[(5 S)-2-oxo-3-[ 4-(3-oxomorpholin-4yl) phenyl]-1,3-oxazolidin-5-yl] methyl]thiophene-2-carboxamide), or any salt form of the compound, or any solvate (including, but not limited to any hydrate) of any of the aforementioned, or any polymorph of any of the aforementioned, or any other form of any of the aforementioned, or any mixture of two or more of the aforementioned, and includes but is not limited to the active pharmaceutical ingredient ("API") in Xarelto®.

8. As used herein, the term "FDA" means the United States Food and Drug Administration, including without limitation its employees, scientists, technicians, agents, examiners, and laboratories.

9. As used herein, the terms "person" and "entity" mean any natural person and any other cognizable entity, including, without limitation, corporations, proprietorships, partnerships, joint ventures, businesses, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies, and orders.

10. As used herein, the phrase "Auson's Notice Letter" means the Notice Letter sent from Auson to Plaintiffs on or about April 17, 2023.

11. As used herein, the term "'218 patent" means United States Patent No. 9,539,218.

12. The use of the singular form of any word includes the plural and vice versa, as necessary to bring within the scope of these topics any information or documents and things that might otherwise be construed to be outside their scope.

**TOPICS**

1. Auson's reasons for identifying rivaroxaban as a candidate for a potential New Drug Application and Auson's decision to file NDA No. 217062, including the information considered in reaching that decision.

2. NDA No. 217062, any amendments or supplements thereto, the drafting, preparation, and filing of NDA No. 217062, any communications from and to the FDA regarding NDA No. 217062, and any individuals and entities that were involved in the foregoing.

3. Any consideration by Auson to file an Abbreviated New Drug Application ("ANDA") for a potential product containing rivaroxaban rather than a 505(b)(2) NDA.

4. All patent certifications in connection with NDA No. 217062 for the '218 patent, any amendments or supplements thereto, which individuals and entities were involved in the patent certifications, and what information was considered in preparing the patent certifications.

5. The contents of the proposed labeling for Auson's NDA Products, the decision-making as to the contents of the proposed labeling for Auson's NDA Products, which individuals and entities were involved in the decision-making, the contents of any discussions

3

related in any way to the decision-making, any information that was considered in preparing the proposed labeling for Auson's NDA Products, and any potential changes to the proposed labeling for Auson's NDA Products.

6. The rate of release of the API in Auson's NDA Products.

7. The performance and results of any dissolution testing of Auson's NDA Products, including any U.S. Pharmacopoeia ("USP") release method testing using apparatus 2 (paddle), the conditions used for such testing, and any Q-values associated with such testing.

8. The development of Auson's NDA Products.

9. The formulation and design of Auson's NDA Products, including the rationale for the amounts and types of excipients used in Auson's NDA Products, any information that was considered in formulating or designing Auson's NDA Products (including any information regarding the amounts and types of excipients considered, but not used in Auson's NDA Products), any comparisons between the formulation or design of any of Auson's NDA Products and any formulation or design of Xarelto®, and the rationale for the final formulation and design selected for Auson's NDA Products.

10. The reasons and bases for Auson's decision to call Auson's NDA Products "tablets for oral suspension," including any information that was considered or consulted in reaching that decision.

11. Any consideration by Auson to formulate a rivaroxaban-containing formulation that is not a "tablet for oral suspension."

12. Any and all batches of Auson's NDA Products identified in NDA No. 217062, including the batch size, batch number, or other identifying notation, and dates of manufacture.

4

13. The indications and corresponding dosing regimens for Auson's NDA Products.

14. The projected sales and market share of Auson's NDA Products in the United States.

15. Any actual, potential, or anticipated commercial launch of Auson's NDA Products in the United States.

16. The status of the FDA's review and approval of Auson's NDA Products in the United States and when Auson expects that approval to occur.

17. The role of ▇▇▇▇▇▇▇▇ with respect to Auson's NDA Products and the relationship between Auson and ▇▇▇▇▇▇▇▇.

18. All comparative testing, including the results thereof, between Auson's NDA Products and rivaroxaban or any formulations containing rivaroxaban, including Xarelto®.

19. Differences, if any, between Xarelto® and Auson's NDA Products.

20. Differences, if any, between the use of Xarelto® in accordance with its labeling and the use of Auson's NDA Products in accordance with their proposed labeling.

21. The preparation and contents of Auson's Notice Letter.

22. Any novelty, patentability, validity, due diligence, or freedom-to-operate search, evaluation, or investigation conducted by or on behalf of Auson relating to the subject matter of the '218 patent.

23. All communications between Auson and any other person or entity concerning the '218 patent, including ▇▇▇▇▇▇▇▇ and any potential marketing partner for Auson's NDA Products.

5

24. All communications between Auson and any other person or entity concerning Auson's NDA Products or rivaroxaban, including ███████████ and any potential marketing partner for Auson's NDA Products.

25. All agreements between Auson and any other person or entity concerning rivaroxaban or Auson's NDA Products, including ███████████ and any potential marketing partner for Auson's NDA Products.

26. The contents of U.S. Patent Publication 2022/0409626, titled "TABLETS FOR ORAL SUSPENSION CONTAINING RIVAROXABAN."

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 5, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kasey H. DeSantis, Esquire<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*Auson Pharmaceuticals Inc. and*<br>*Shanghai Auson Pharmaceuticals Co., Ltd.* | *VIA ELECTRONIC MAIL* |
| Howard S. Suh, Esquire<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, NY  10178<br>*Attorneys for Defendants*<br>*Auson Pharmaceuticals Inc. and*<br>*Shanghai Auson Pharmaceuticals Co., Ltd.* | *VIA ELECTRONIC MAIL* |
| Paul W. Kalish, Esquire<br>Gerard P. Norton, Esquire<br>Jin Zhu, Esquire<br>Jonathan R. Lagarenne, Esquire<br>Jonathan J. Madara, Esquire<br>FOX ROTHSCHILD LLP<br>997 Lenox Drive<br>Lawrenceville, NJ  08648<br>*Attorneys for Defendants*<br>*Auson Pharmaceuticals Inc. and*<br>*Shanghai Auson Pharmaceuticals Co., Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)