IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) '310 PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AUSON PHARMACEUTICALS INC. and SHANGHAI AUSON PHARMACEUTICALS CO., LTD.,<br><br>Defendants. | C.A. No. 23-1103 (RGA)<br><br>**REDACTED - PUBLIC VERSION**<br>**Original filing date: September 17, 2024**<br>**Redacted filing date: September 24, 2024** |

## STIPULATION & [PROPOSED] ORDER TO STAY

WHEREAS, the parties ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ and

WHEREAS, the parties jointly request that the Court stay all deadlines in this case until October 17, 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by October 17, 2024, they shall submit a joint status report to the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FOX ROTHSCHILD LLP |
| /s/ *Derek J. Fahnestock* | /s/ *Kasey H. DeSantis* |
| Jack B. Blumenfeld (#1014) | Kasey H. DeSantis (#5882) |
| Rodger D. Smith (#3778) | 1201 North Market Street, Suite 1200 |
| Derek J. Fahnestock (#4705) | Wilmington, DE 19801 |
| 1201 North Market Street | Phone: (302) 622-4205 |
| P.O. Box 1347 | kdesantis@foxrothschild.com |
| Wilmington, DE 19899 | |
| (302) 658-9200 | *Attorneys for Defendants Auson* |
| jblumenfled@morrisnichols.com | *Pharmaceuticals Inc. and Shanghai Auson* |
| rsmith@morrisnichols.com | *Pharmaceuticals Co., Ltd.* |
| dfahnestock@morrisnichols.com | |

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.*

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

2