IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN)('310) PATENT LITIGATION | MDL Docket No. 21-md-3017 |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TARO PHARMACEUTICAL INDUSTRIES LTD. and TARO PHARMACEUTICALS U.S.A., INC., <br><br>Defendants. | C.A. No. 23-1219-RGA (Consolidated) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
TARO'S COUNTERLCLAIMS AS TO U.S. PATENT 9,415,053**

Pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), Defendants, Taro Pharmaceutical Industries, Ltd. and Taro Pharmaceuticals U.S.A., Inc., ("Taro"), by and through its undersigned counsel, hereby files this Notice of Dismissal without Prejudice of Taro's Counterclaims as to U.S. Patent No. 9,415,053 (the "'053 Patent") seeking declaratory judgments of noninfringement and invalidity of the '053 patent.

Plaintiffs Bayer Intellectual Property Gmbh, Bayer AG and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") have neither answered Taro's counterclaims nor filed a motion for summary judgment in the Action. Accordingly, Taro hereby dismisses without prejudice Taro's counterclaims relating to the '053 Patent.

This Notice of Dismissal does not affect any patent other than the '053 patent. Except as limited herein, Taro expressly retains its claims, defenses and counterclaims.

1

The Court or its successor shall retain jurisdiction of this action for purposes of resolving any disputes that may arise regarding the settlement or the enforcement thereof.

All counterclaims and requests for relief by Taro based on the '053 patent are hereby dismissed without prejudice.

| | |
|---|---|
| Stephen P. Benson<br>spbenson@vorys.com<br>Kimberly A. Beis<br>kabeis@vorys.com<br>Vorys Sater Seymour & Pease LLP<br>For Mailing Only:<br>909 Fannin St. #2700<br>Houston, TX 77010<br>(312) 858-3123<br><br>DATED: October 4, 2024 | YOUNG CONAWAY STARGRATT & TAYLOR, LLP<br><br>/s/ *Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants Taro Pharmaceuticals Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

32202684

## **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, Esquire hereby certify that on October 4, 2024, I caused a true and correct copy of the foregoing document to be served by e-mail on the following counsel of record:

Jack B. Blumenfeld
Rodger D. Smith
Derek J. Fahnestock
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc*

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Seth R. Bowers
Richard Hildreth III
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
bgenderson@wc.com
dgrossman@wc.com
azolan@wc.com
sbowers@wc.com
rhildreth@wc.com
dkinel@wc.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Bayer AG*

Thomas D. Rein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
trein@sidley.com

Andrew T. Langford
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75210
alangford@sidley.com

*Attorneys for Janssen Pharmaceuticals, Inc.*

| | |
|---|---|
| Dated: October 4, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Robert M. Vrana* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | |
| | *Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

2