# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017-RGA-LDH |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TARO PHARMACEUTICAL INDUSTRIES LTD. and TARO PHARMACEUTICALS U.S.A., INC. | C.A. No. 23-1219-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, et al.,<br><br>Defendants. | C.A. No. 21-314-RGA-LDH (Consolidated) |

## STIPULATION AND ORDER REGARDING CONSOLIDATION AND SCHEDULE

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") filed C.A. No. 23-1219-RGA against Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc. ("Taro") in connection with Taro's submission of an Abbreviated New Drug Application ("ANDA") to the U.S. Food and Drug

Administration seeking, inter alia, approval for a generic version of Plaintiffs' 2.5 mg Xarelto® product prior to the expiration of U.S. Patent No. 10,828,310 ("the '310 patent"); and

WHEREAS, Plaintiffs are engaged in related litigations against Taro and a number of defendants in connection with the '310 patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which are currently stayed pending final resolution of the appeal of *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB), *see Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.); and

WHEREAS, the parties wish to streamline discovery and conserve their and the Court's resources;

NOW, THEREFORE, Plaintiffs and Taro hereby STIPULATE, and request that the Court ORDER, as follows:

1. C.A. No. 23-1219-RGA shall be consolidated with C.A. No. 21-314-RGA-LDH (consolidated) for all purposes, including for trial. All papers shall be filed in C.A. No. 21-314-RGA-LDH (consolidated).

2. The Court's Orders staying the case in C.A. No. 21-314-RGA-LDH ("Stay Orders," D.I. 144, 153) shall apply to C.A. No. 23-1219-RGA.

3. The Scheduling Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 22), as modified by stipulation and Court Order, shall govern C.A. No. 23-1219-RGA;

4. Taro shall adopt for all purposes of C.A. No. 23-1219-RGA all discovery requests served by Taro or jointly by the defendants in C.A. No. 21-314-RGA-LDH (consolidated);

5. All documents produced by Plaintiffs or by Taro in the consolidated case shall be deemed produced in C.A. No. 23-1219-RGA;

6. Plaintiffs will deem served upon Taro all of Plaintiffs' discovery responses and all parties' court filings in C.A. No. 21-314-RGA-LDH (consolidated), to the extent such materials are already available to Taro in the consolidated case;

7. Taro shall adopt in C.A. No. 23-1219-RGA the invalidity contentions made by Taro in C.A. No. 21-314-RGA-LDH (consolidated) under Paragraph 4(d) of the Default Standard, and the identification of references and combinations of references made by Taro in C.A. No. 21-314-RGA-LDH (consolidated) under paragraph 4(g)(iv) of the Scheduling Order and Paragraph 4(d) of the Default Standard;

8. The Stipulation and Order regarding claim construction in C.A. NO. 21-314-RGA-LDH (consolidated) (D.I. 72, 73) shall apply;

9. The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 36, 37) shall apply; and

10. The Stipulation and Order regarding infringement in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 117, 119) shall apply.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Phone: (302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

SO ORDERED this __16__ day of __October__, 2024.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

4