# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) MDL NO. 21-MD-3017 (RGA) ) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 25-694 (RGA) ) ) |
| APOTEX INC. and APOTEX CORP., | ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Apotex's time to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended to October 3, 2025.

Dated: September 5, 2025

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Kenneth L. Dorsney* |
| Rodger D. Smith II (#3778) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com <br><br> *Attorneys for Plaintiffs* <br> *Bayer Pharma AG,* <br> *Bayer AG and* <br> *Janssen Pharmaceuticals, Inc.* | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6270) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants* <br> *Apotex Inc. and Apotex Corp.* |

**SO ORDERED** this \_\_\_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE