# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:25-754-RGA |
| v. | ) ) | |
| HETERO LABS LIMITED, ASCENT PHARMACEUTICALS INC., and CAMBER PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

Defendants Hetero Labs Limited ("Hetero"), Ascent Pharmaceuticals Inc. ("Ascent"), and Camber Pharmaceuticals, Inc. ("Camber") (collectively "Defendants") hereby notifies the Court and all parties of record that effective immediately the mailing address for Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

Dated: September 9, 2025

                                                 */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*