IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | C.A. No. 25-719 (RGA) |

**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the deadline for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. to answer, move, or otherwise respond to Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.'s Answer and Counterclaims (C.A. No. 25-719-RGA, D.I. 20, MDL 21-3017-RGA, D.I. 362) is extended to November 3, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMATIOS & WEINBLATT LLC |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Stamatios Stamoulis* |
| Rodger D. Smith (#3778) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com <br><br> *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* | Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street Third Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

SO ORDERED this ____ day of September, 2025.

                                                                                                                                                                               _____
                                                                                                                                                                               United States District Court Judge