# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs,* v. ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., *Defendants.* | C.A. No. 25-753-RGA |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Anne Shea Gaza of Young Conaway Stargatt & Taylor, LLP as counsel for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc. in this action.

*Of Counsel:*

Dennies Varughese
Byron L. Pickard
Lauren A. Watt
STERNE, KESSLER, GOLDSTEIN
 & FOX, P.L.L.C.
1101 K Street, N.W.
10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
bpickard@sternekessler.com
lwatt@sternekessler.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global*

Dated: September 30, 2025

*Holdings SA, and Alembic Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Rodger D. Smith II
Derek J. Fahnestock
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Seth R. Bowers
Ben Picozzi
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
bgenderson@wc.com
sbowers@wc.com
bpicozzi@wc.com
dkinel@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc.*