# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs,* v. ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., *Defendants.* | C.A. No. 25-753-RGA |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc. (collectively "Alembic"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Alembic's time to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended to thirty (30) days from the expiration of the stay pending appeal in related actions (*see* D.I. 183, 373 in MDL No. 21-md-3017-RGA).

Dated: October 17, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Derek J. Fahnestock* | /s/ *Anne Shea Gaza* |
| Rodger D. Smith II (No. 3778) | Anne Shea Gaza (No. 4093) |
| Derek J. Fahnestock (No. 4705) | Samantha G. Wilson (No. 5816) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| rsmith@morrisnichols.com | agaza@ycst.com |
| dfahnestock@morrisnichols.com | swilson@ycst.com |
| *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | *Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc.* |

**SO ORDERED** this 20 day of October, 2025.

/s/ Richard G. Andrews
_____
United States District Judge

2