# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310 PATENT LITIGATION) | : : : : | MDL No. 1:21-md-03017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs*, v. AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., *Defendants*. | : : : : : : : : : : : : : | C.A. No. 1:25-cv-00631-RGA |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS, AUROBINDO PHARMA LIMITED AND AUROBINDO PHARMA USA, INC.'S ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") to answer, move, or otherwise respond to the Plaintiffs' Complaint shall be extended to and including November 24, 2025.

Dated: October 27, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **KRATZ & BARRY LLP** |
| /s/ Derek J. Fahnestock | /s/ R Touhey Myer |
| Rodger D. Smith II (#3778) | R Touhey Myer (#5939) |
| Derek J. Fahnestock (#4705) | 800 N. West Street |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 527-9378 |
| Wilmington, DE 19889 | tmyer@kratzandbarry.com |
| (302) 658-9200 | |
| rsmith@morrisnichols.com | *Of Counsel:* |
| dfahnestock@morrisnichols.com | |
| | Timothy H. Kratz* |
| *Of Counsel:* | George J. Barry III* |
| | John Thallemer* |
| Bruce R. Genderson | KRATZ & BARRY, LLP |
| Dov P. Grossman | 1050 Crown Pointe Parkway, Suite 500 |
| Alexander S. Zolan | Atlanta, GA 30338 |
| Ben Picozzi | (404) 431-6600 |
| Dana B. Kinel | tkratz@kratzandbarry.com |
| WILLIAMS & CONNOLLY LLP | gbarry@kratzandbarry.com |
| 680 Maine Avenue SW | jthallemer@kratzandbarry.com |
| Washington, D.C. 20024 | |
| (202) 434-5000 | Michael P. Hogan* |
| bgenderson@wc.com | KRATZ & BARRY LLP |
| dgrossman@wc.com | P.O. Box 63765 |
| azolan@wc.com | 622 S. 4th Street |
| bpicozzi@wc.com | Philadelphia, PA 19147 |
| dkinel@wc.com | (917) 216-8585 |
| | mhogan@kratzandbarry.com |
| Stephanie P. Koh | |
| SIDLEY AUSTIN LLP | *Attorneys for Defendants,* |
| One South Dearborn | *Aurobindo Pharma Limited* |
| Chicago, IL 60603 | *and Aurobindo Pharma USA, Inc.* |
| (312) 853-7000 | |
| gstewart@sidley.com | * *Pro Hac Vice Anticipated* |
| | |
| *Attorneys for Plaintiffs,* | |
| *Bayer Pharma AG, Bayer AG, and* | |
| *Janssen Pharmaceuticals, Inc.* | |

SO ORDERED this _____ day of _____, 2025.

                                                            _____
                                                            HON. RICHARD G. ANDREWS
                                                            United States District Judge