# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-3017-RGA |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | C.A. No. 25-719-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al., <br><br> Defendants. | C.A. No. 21-314-RGA-LDH (consolidated) |

## STIPULATION AND ORDER REGARDING STAY

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") filed C.A. No. 25-719-RGA against Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively "Macleods") asserting U.S. Patent No. 10,828,310 ("the '310 patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending the conclusion of the proceedings in *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.);

NOW, THEREFORE, Plaintiffs and Macleods hereby STIPULATE, and request that the Court ORDER, as follows:

1. The Court's Orders staying the case in C.A. No. 21-314 ("Stay Orders," D.I. 144, 153) shall apply to C.A. No. 25-719-RGA, such that Plaintiffs' response to Macleods' Answer and Counterclaims (D.I. 20) will not be due until 14 days after the stay is lifted; and

2. The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 36, 37) shall apply to C.A. No. 25-719-RGA.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMATIOS & WEINBLATT LLC |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Stamatios Stamoulis* |
| Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd and Macleods Pharma USA, Inc.* |

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

2