# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | M.D.L No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>Defendants. | C.A. No. 25-1043-RGA |

## STIPULATION AND ORDER REGARDING STAY

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") filed C.A. No. 25-1043-RGA against Defendants Dr. Reddy's Laboratories Inc., and Dr. Reddy's Laboratories, Ltd. (collectively "Defendants" or "DRL") asserting U.S. Patent No. 10,828,310 (the "'310 Patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending the conclusion of proceedings in *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.,* No. 2023-2434 (Fed. Cir.);

NOW, THEREFORE, Plaintiffs and DRL hereby STIPULATE AND AGREE, subject to the approval and Order of the Court, as follows:

1. The Court's Orders staying the case in C.A. No. 23-410-RGA ("Stay Orders", D.I. 14) and C.A. No. 21-314-RGA (D.I. 144, 153) shall apply to C.A. No. 25-1043-RGA, such that DRL's Answer will not be due until 14 days after the stay is lifted;

2. The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I. 36, 37) shall apply to C.A. No. 25-1043-RGA.

Dated: November 12, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Derek J. Fahnestock* <br> Rodger D. Smith II (3778) <br> Derek J. Fahnestock (4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com <br><br> *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

IT IS SO ORDERED this  12th  day of  November , 2025

                                        /s/ Richard G. Andrews
                                        United States District Judge