# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) MDL NO. 21-MD-3017 (RGA) ) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 25-694 (RGA) |
| v. | ) ) |
| APOTEX INC. and APOTEX CORP., | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Apotex's time to answer, move or otherwise respond to the Complaint (D.I. 1 in C.A. No. 25-694) shall be extended to thirty (30) days from the expiration of the stay pending appeal in related actions (*see* D.I. 373, 374 in MDL No. 21-md-3017-RGA).

Dated: November 14, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ Derek J. Fahnestock | /s/ Kenneth L. Dorsney |
| Rodger D. Smith II (#3778) | Kenneth L. Dorsney (#3726) |
| Derek J. Fahnestock (#4705) | Cortlan S. Hitch (#6270) |
| 1201 North Market Street | 3205 Avenue North Boulevard, Suite 100 |
| P.O. Box 1347 | Wilmington, DE 19803 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| rsmith@morrisnichols.com | chitch@morrisjames.com |
| dfahnestock@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | *Apotex Inc. and Apotex Corp.* |
| *Bayer Pharma AG,* | |
| *Bayer AG and* | |
| *Janssen Pharmaceuticals, Inc.* | |

**SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE