IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) ) | C.A. No. 21-md-3017-RGA-LDH |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-349-RGA |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER REGARDING STAY

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. (collectively, Plaintiffs") filed C.A. No. 25-349-RGA against Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") asserting U.S. Patent No. 10, 828,310 (the '310 Patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 Patent, which are coordinated and consolidated under MDL No. 21-3107-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending the conclusion of proceedings in *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.);

NOW, THEREFORE, Plaintiffs and Lupin hereby STIPULATE AND AGREE, subject to the approval and Order of the Court, as follows:

1. The Court's Orders staying the case in MDL No. 21-3107 ("Stay Orders", D.I. 186,

187) and C.A. No. 21-314-RGA (D.I. 152, 153) shall apply to C.A. No. 25-349-RGA, such that Lupin's answer, motion, or other response to the Complaint shall not be due until 14 days after the stay is lifted;

      2.      The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I 36, 37) shall apply to 25-349- RGA.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Derek J. Fahnestock* <br> Rodger D. Smith II (#3778) <br> Derek James Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com | */s/ John C. Phillips, Jr* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 N. Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: November 18, 2025

SO ORDERED this __18th__ day of ____November____, 2025.

                                      /s/ Richard G. Andrews
                                      The Honorable Richard G. Andrews
                                      United States District Court Judge