# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310 PATENT LITIGATION) | MDL No. 1:21-md-03017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> *Defendants*. | C.A. No. 1:25-cv-00631-RGA |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS, AUROBINDO PHARMA LIMITED AND AUROBINDO PHARMA USA, INC.'S ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") to answer, move, or otherwise respond to the Plaintiffs' Complaint shall be extended to and including December 8, 2025.

Dated: November 24, 2025

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **KRATZ & BARRY LLP** |

*/s/ Derek J. Fahnestock*  
Rodger D. Smith II (#3778)  
Derek J. Fahnestock (#4705)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19889  
(302) 658-9200  
rsmith@morrisnichols.com  
dfahnestock@morrisnichols.com

*Of Counsel:*

Bruce R. Genderson  
Dov P. Grossman  
Alexander S. Zolan  
Ben Picozzi  
Dana B. Kinel  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue SW  
Washington, D.C. 20024  
(202) 434-5000  
bgenderson@wc.com  
dgrossman@wc.com  
azolan@wc.com  
bpicozzi@wc.com  
dkinel@wc.com

Stephanie P. Koh  
SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  
(312) 853-7000  
gstewart@sidley.com

*Attorneys for Plaintiffs,*  
*Bayer Pharma AG, Bayer AG, and*  
*Janssen Pharmaceuticals, Inc.*

*/s/ R Touhey Myer*  
R Touhey Myer (#5939)  
800 N. West Street  
Wilmington, DE 19801  
(302) 527-9378  
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz*  
George J. Barry III*  
John Thallemer*  
KRATZ & BARRY, LLP  
1050 Crown Pointe Parkway, Suite 500  
Atlanta, GA 30338  
(404) 431-6600  
tkratz@kratzandbarry.com  
gbarry@kratzandbarry.com  
jthallemer@kratzandbarry.com

Michael P. Hogan*  
KRATZ & BARRY LLP  
P.O. Box 63765  
622 S. 4th Street  
Philadelphia, PA 19147  
(917) 216-8585  
mhogan@kratzandbarry.com

*Attorneys for Defendants,*  
*Aurobindo Pharma Limited*  
*and Aurobindo Pharma USA, Inc.*

*\* Pro Hac Vice Anticipated*

SO ORDERED this _____ day of _____, 2025.

_____
HON. RICHARD G. ANDREWS
United States District Judge