IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LIMITED,<br><br>Defendant. | C.A. No. 25-1429 (RGA) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant Mankind Pharma Limited to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended to January 30, 2026.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINDELS MARX LANE & MITTENDORF LLC |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *Andrew J. Miller* |
| Rodger D. Smith II (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG and Janssen Pharmaceuticals, Inc.* | Andrew J. Miller<br>One Giralda Farms<br>Madison, NJ 07940<br>(973) 966-3200<br>amiller@windelsmarx.com<br><br>*Attorneys for Defendant Mankind Pharma Limited* |

SO ORDERED this _____ day of December 1, 2025.

                                                                            _____
                                                                            United States District Court Judge