**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310 PATENT LITIGATION) | : : : | MDL No. 1:21-md-03017-RGA |
| | : | |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | : : : | |
| *Plaintiffs*, | : : : | C.A. No. 1:25-cv-00631-RGA |
| v. | : : | |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | : : : | |
| *Defendants*. | : : : | |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS, AUROBINDO PHARMA LIMITED AND
AUROBINDO PHARMA USA, INC.'S ANSWER TO COMPLAINT**

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. (collectively, Plaintiffs") filed C.A. No. 25-631-RGA against Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "Aurobindo") asserting U.S. Patent No. 10, 828,310 (the '310 Patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 Patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending the conclusion of proceedings in *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.);

NOW, THEREFORE, Plaintiffs and Aurobindo hereby STIPULATE AND AGREE, subject to the approval and Order of the Court, as follows:

1.     The Court's Orders staying the case in MDL No. 21-3107 ("Stay Orders", D.I. 186, 187) and C.A. No. 21-314-RGA (D.I. 152, 153) shall apply to C.A. No. 25-631-RGA, such that Aurobindo's answer, motion, or other response to the Complaint shall not be due until 14 days after the stay is lifted;

2.     The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I 36, 37) shall apply to 25-631- RGA.

SO ORDERED this _____ day of _____, 2025.

_____
HON. RICHARD G. ANDREWS
United States District Judge

Dated: December 8, 2025

**MORRIS, NICHOLS,**
**ARSHT & TUNNELL LLP**

*/s/ Derek J. Fahnestock*
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19889
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Of Counsel:*

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Ben Picozzi
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
(202) 434-5000
bgenderson@wc.com
dgrossman@wc.com
azolan@wc.com
bpicozzi@wc.com
dkinel@wc.com


Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
skoh@sidley.com

*Attorneys for Plaintiffs,*
*Bayer Pharma AG, Bayer AG, and*
*Janssen Pharmaceuticals, Inc.*

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz*
George J. Barry III*
John Thallemer*
KRATZ & BARRY, LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
jthallemer@kratzandbarry.com

Michael P. Hogan*
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants,*
*Aurobindo Pharma Limited*
*and Aurobindo Pharma USA, Inc.*

* *Pro Hac Vice Anticipated*