IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 25-694 (RGA) |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. hereby voluntarily dismiss all claims in C.A. No. 25-694 (RGA) without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

OF COUNSEL:

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Ben Picozzi
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

*Attorneys for Plaintiffs Bayer Pharma AG
and Bayer AG*

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG,
Bayer AG and Janssen Pharmaceuticals, Inc.*

Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

*Attorneys for Plaintiff Janssen
Pharmaceuticals, Inc.*

December 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                          *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Brian Sodikoff, Esquire                              *VIA ELECTRONIC MAIL*
Rachel L. Schweers, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

/s/ Derek J. Fahnestock

_____
Derek J. Fahnestock (#4705)