IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. <br><br>Defendants. | C.A. No. 21-314 (RGA) (LDH) <br>(Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. <br><br>Defendants. | C.A. No. 24-138 (RGA) (JLH) |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), hereby stipulate and agree that Plaintiffs' action against Lupin and Lupin's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Lupin and all claims and defenses

asserted by Lupin against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Megan C. Haney* |
| Rodger D. Smith (#3778) | John C. Phillips, Jr. (#110) |
| Derek J. Fahnestock (#4705) | Megan C. Haney (#5016) |
| 1201 North Market Street | 1200 North Broom Street |
| P.O. Box 1347 | Wilmington, DE 19806-4204 |
| Wilmington, DE 19899 | (302) 655-4200 |
| (302) 658-9200 | jcp@pmhdelaw.com |
| rsmith@morrisnichols.com | mch@pmhdelaw.com |
| dfahnestock@morrisnichols.com | |
| | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | |

December 19, 2025

SO ORDERED this ____ day of _____, 2025.

_____
United States District Court Judge